FILED

OCT 18 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07cr2898-LAB |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; |
| JORGE DANIEL RAMIREZ-ARMAS (1), VERONICA QUINTERO-NAVARRO (2), | Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| Defendants. | |

The United States Attorney charges:

On or about September 20, 2007, within the Southern District of California, defendants JORGE DANIEL RAMIREZ-ARMAS and VERONICA QUINTERO-NAVARRO, did knowingly and intentionally import 500 grams or more of a mixture or substance containing a detectable amount, to wit: approximately 7.20 kilograms (15.84 pounds), of methamphetamine, Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: 10/18/07 .

KAREN P. HEWITT
United States Attorney

REBECCA S. KANTER
Assistant U.S. Attorney

RSK:psd:San Diego
10/1/07