AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JORGE DANIEL RAMIREZ-ARMAS | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 07cr2898-LAB |

I, JORGE DANIEL RAMIREZ-ARMAS, the above-named defendant, who is accused of committing the following offenses:

Importation of Methamphetamine and Aiding and Abetting, in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2 (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 10/18/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer

