# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 07CR2898-LAB |
| Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| JORGE DANIEL RAMIREZ-ARMAS (1), ) et al., ) | |
| Defendants. ) | |
| _____ ) | |

IT IS HEREBY CERTIFIED THAT:

    I, MICHAEL L. CROWLEY, am a citizen of the United States and am at least eighteen years of age. My business address is 550 West "C" Street, Suite 1960, San Diego, CA 92101. I am not a party to the above-entitled action. I have caused service of the following document(s):

**OBJECTIONS TO PRESENTENCE REPORT**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**U.S. Attorney, Efile.dkt.gc2@usdoj.gov
All Parties**

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**\*\* (or NONE)**

    I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2008.

                                     /s/ Michael L. Crowley
                                       MICHAEL L. CROWLEY, ESQ.