| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | CALEB E. MASON |
|   | Assistant United States Attorney |
| 3 | California State Bar No. 246653 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5956 |
|   | Facsimile:  (619) 235-2757 |
| 6 | Email: cmason@usa.doj.gov |

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cr2898LAB |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **NOTICE OF APPEARANCE** |
| v. | ) |  |
|  | ) |  |
| JORGE DANIEL RAMIREZ-ARMAS, | ) |  |
|  | ) |  |
| and | ) |  |
|  | ) |  |
| VERONICA QUINTERO-NAVARRO, |  |  |
|  |  |  |
| Defendants. |  |  |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None.

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None.

Please call me at the above-listed number if you have any questions about this notice.

DATED: March 19, 2008

                                    Respectfully submitted,

                                    KAREN P. HEWITT
                                    United States Attorney

                                    /s/ *Caleb E. Mason*

                                    CALEB E. MASON
                                    Assistant United States Attorney

Notice of Appearance
United States v. Ramirez-Armas        2                  07cr2898LAB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cr2898LAB |
| Plaintiff, | ) | |
| v. | ) | |
| JORGE DANIEL RAMIREZ-ARMAS, | ) | **CERTIFICATE OF SERVICE** |
| VERONICA QUINTERO-NAVARRO, | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Caleb Mason, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated March 19, 2008, and this Certificate of Service, dated March 19, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Howard Frank, Esq.  
136 Redwood St.  
San Diego, CA 92103

Michael Crowley, Esq.  
110 W. C St. Suite 1960  
San Diego, CA 92101

*Attorneys for defendants*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2008.

/s/ *Caleb E. Mason*  
CALEB E. MASON  
Assistant United States Attorney

Notice of Appearance  
United States v. Ramirez-Armas         3         07cr2898LAB