# UNITED STATES DISTRICT COURT

FOR THE __SOUTHERN__ DISTRICT OF __CALIFORNIA__

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __08-50156__   U.S. District Court Case No. __07CR2898-LAB__

Short Case Title __U.S. v. RAMIREZ-ARMAS, JORGE DANIEL, (1), et al.__
(Include Name of Specific Defendants in Criminal Cases) (Include defendant # in Criminal Cases)

Date Notice of Appeal Filed by Clerk of District Court __3/28/08__

---

**SECTION A** — To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| SEE ATTACHMENT | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

**FILED APR 18 2008** CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY __ DEPUTY

(attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(XXX) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __4/18/08__

Type or Print Name __MICHAEL L. CROWLEY__

Signature of Attorney __[signature]__   Phone Number __(619) 444-8808__

Address: __550 West "C" St., Ste. 1960, San Diego, CA 92101__

---

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. District Court at (619) 557-6368.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter. Contact court reporter to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

## ATTACHMENT TO TRANSCRIPT DESIGNATION
For Docket: *USA v. Ramirez-Armas, Jorge Daniel*
District Court No.: 07CR2898-LAB; Appeal Court No.: 08-50156

| Hearing Date | # | Court Reporter | Proceedings |
|---|---|---|---|
| 09/21/2007 | 2 | Tape #JMA07-2:28-2:36 | Minute Entry for proceedings held before Magistrate Judge Jan M. Adler :Initial Appearance as to Jorge Daniel Ramirez-Armas and Veronica Quintero-Navarro held on 9/21/2007. Added attorney Michael L Crowley (n/a) for Jorge Daniel Ramirez-Armas, attorney Howard B Frank (n/a) for Veronica Quintero-Navarro. Govt oral motion for detention (flight). Bond set as to Jorge Daniel Ramirez-Armas (1) NO BAIL and Veronica Quintero-Navarro (2) NO BAIL. Detention Hearing set for 9/25/2007 02:00 PM in Courtroom D before Magistrate Judge Jan M. Adler. Preliminary Hearing set for 10/3/2007 02:00 PM in Courtroom D before Magistrate Judge Jan M. Adler. (Tape #JMA07-2:28-2:36).(Plaintiff Attorney Caleb Mason, AUSA).(Defendant Attorney Bobby Hennsler, Jr, FD s/a). (mnb) [3:07-mj-02282-JMA] (Entered: 09/24/2007) |
| 09/25/2007 | 6 | Tape #JMA07-01-2:25-2:27 | Minute Entry for proceedings held before Judge Jan M. Adler :Detention Hearing as to Jorge Daniel Ramirez-Armas, Veronica Quintero-Navarro not held on 9/25/2007. Detention Hearing continued to 10/3/2007 02:00 PM in Courtroom D before Magistrate Judge Jan M. Adler. (Tape #JMA07-01-2:25-2:27).(Plaintiff Attorney Caleb Mason).(Defendant Attorney Michael Crowley, Howard Frank). (r1r) [3:07-mj-02282-JMA] (Entered: 09/25/2007) |

ATTACHMENT TO TRANSCRIPT DESIGNATION
For Docket: *USA v. Ramirez-Armas, Jorge Daniel*
District Court No.: 07CR2898-LAB; Appeal Court No.: 08-50156

| Date | # | Tape | Description |
|---|---|---|---|
| 10/03/2007 | 7 | Tape #JMA07-01-2:59-3:06;3:06-3:08 | Minute Entry for proceedings held before Judge Jan M. Adler : finding as moot [3] Motion to Detain as to Jorge Daniel Ramirez-Armas (1), Veronica Quintero-Navarro (2); Detention Hearing as to Jorge Daniel Ramirez-Armas, Veronica Quintero-Navarro not held on 10/3/2007. Dft's waive Detention Hrg and stipulate to detention. Order filed. Preliminary Hearing as to Jorge Daniel Ramirez-Armas, Veronica Quintero-Navarro not held on 10/3/2007; Preliminary Hearing continued to 10/18/2007 02:00 PM in Courtroom D before Magistrate Judge Jan M. Adler. Dft #1, Jorge Daniel Ramirez-Armas requests that a Criminal History Report be Ordered - granted. Criminal History Report Ordered. Criminal History REport due by 10/31/07. (Tape #JMA07-01-2:59-3:06;3:06-3:08.)(Plaintiff Attorney Caleb Mason).(Defendant Attorney Michael Crowley, Howard Frank). (r1r) [3:07-mj-02282-JMA] (Entered: 10/04/2007) |
| 10/18/2007 | 11 | Tape #JMA07-1:2:29-2:56 | Minute Entry for proceedings held before Judge Jan M. Adler : Info and Waiver filed.Arraignment as to Jorge Daniel Ramirez-Armas (1) Count 1 and Veronica Quintero-Navarro (2) Count 1 held on 10/18/2007. Not Guilty plea entered. Change of Plea Hearing set for 11/1/2007 02:00 PM before Magistrate Judge Jan M. Adler. Motion Hearing/Trial Setting set for 11/26/2007 02:00 PM before Judge Larry Alan Burns. (Tape #JMA07-1:2:29-2:56).(Plaintiff Attorney Mark Connover, AUSA).(Defendant Jorge Daniel Ramirez-Armas Attorney Michael L Crowley, CJA).(Defendant Veronica Quintero-Navarro Attorney Howard B Frank, CJA). (cap) Modified text to include the correct Judge on 11/2/2007 (r1r, ). (Entered: 10/19/2007) |

ATTACHMENT TO TRANSCRIPT DESIGNATION
For Docket: *USA v. Ramirez-Armas, Jorge Daniel*
District Court No.: 07CR2898-LAB; Appeal Court No.: 08-50156

| | | | |
|---|---|---|---|
| 10/18/2007 | 14 | Tape #JMA07-1:2:29-2:56 | Corrected Minute Entry for proceedings held before Mag Judge Jan M. Adler : Info and Waiver filed.Arraignment as to Jorge Daniel Ramirez-Armas (1) Count 1 and Veronica Quintero-Navarro (2) Count 1 held on 10/18/2007. Not Guilty plea entered. Change of Plea Hearing set for 11/1/2007 02:00 PM before Magistrate Judge Jan M. Adler. Motion Hearing/Trial Setting set for 11/26/2007 02:00 PM before Judge Larry Alan Burns. (Tape #JMA07-1:2:29-2:56).(Plaintiff Attorney Mark Connover, AUSA).(Defendant Jorge Daniel Ramirez-Armas Attorney Michael L Crowley, CJA). (Defendant Veronica Quintero-Navarro Attorney Howard B Frank, CJA). (r1r) (Entered: 10/30/2007) |
| 12/17/2007 | 16 | Tape #BLM07:1616-1643 | Minute Entry for proceedings held before Magistrate Judge Barbara Lynn Major :Change of Plea Hearing as to Jorge Daniel Ramirez-Armas and Veronica Quintero-Navarro held on 12/17/2007. Plea tendered by Jorge Daniel Ramirez-Armas and Veronica Quintero-Navarro Guilty on count one(1) of the Information. Excludable started as to Jorge Daniel Ramirez-Armas and Veronica Quintero-Navarro: XT-Interest of Justice 12/17/07-03/03/08. Refer to US Probation for Presentencing Report. Accept Plea with P.O. Report set for 3/3/2008 09:30 AM in Courtroom 9 before Judge Larry Alan Burns. (Tape #BLM07:1616-1643).(Plaintiff Attorney Rebecca Kanter, AUSA).(Defendant Attorney 1: Michael Crowley; 2: Howard Frank). (mnb) (Entered: 12/18/2007) |

ATTACHMENT TO TRANSCRIPT DESIGNATION
For Docket: *USA v. Ramirez-Armas, Jorge Daniel*
District Court No.: 07CR2898-LAB; Appeal Court No.: 08-50156

| | | | |
|---|---|---|---|
| 12/17/2007 | 23 | Court Reporter EVA OEMICK | Minute Entry for proceedings held before Judge Larry Alan Burns:Motion Hearing/Trial Setting as to Jorge Daniel Ramirez-Armas, Veronica Quintero-Navarro not held on 12/17/2007. Court refers the matter to Magistrate Judge Major for disposition. Motions in limine hearing set for 12/27/07 at 9:00 before Judge Larry Burns. Jury trial set for 12/27/07 at 9:30 before Judge Larry Alan Burns. (Court Reporter EVA OEMICK).(Plaintiff Attorney Rebecca Kanter).(Defendant Attorney Michael Crowley and Howard Frank). (tlw) (Entered: 12/18/2007) |
| 03/24/2008 | 34 | Court Reporter EVA OEMICK | Minute Entry for proceedings held before Judge Larry Alan Burns: Court accepts the plea taken before the Magistrate Judge as to defendant Jorge Daniel Ramirez-Armas (1). P/O Report and Sentencing held on 3/24/2008 for Jorge Daniel Ramirez-Armas (1). Count(s) 1, Bureau of Prisons for 87 months, supervised release for 5 years, no fine, assessment $100.00. (Court Reporter Eva Oemick).(Plaintiff Attorney Caleb Mason).(Defendant Attorney Michael Crowley). (tlw) (Entered: 03/25/2008) |
| 03/24/2008 | 35 | Court Reporter EVA OEMICK | Minute Entry for proceedings held before Judge Larry Alan Burns: Court accepts the plea taken before the Magistrate Judge as to defendant Veronica Quintero-Navarro (2). P/O Report and Sentencing held on 3/24/2008 for Veronica Quintero-Navarro (2). Count(s) 1, Bureau of Prisons 48 months, supervised release 5 years, no fine, assessment $100.00. (Court Reporter Eva Oemick).(Plaintiff Attorney Caleb Mason).(Defendant Attorney Howard Frank). (tlw) (Entered: 03/25/2008) |

Case Name: U.S. v. Ramirez-Armas, Jorge Daniel
District Case Number: 07CR2898-LAB
Appeal Case Number: 08-50156

I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to this action nor am I a registered California process server. I am employed in the County of San Diego, California. My business address is 550 West "C" Street, Suite 1960, San Diego, California, 92101.

On April 18, 2008, I served the foregoing documents by Personal Service (By personally delivering copies to the person served (CCP 415.10) described as:

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

on the parties in this action addressed as follows:

Caleb Mason
Assistant U.S. Attorney
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101

_____ BY MAIL: I placed a true copy thereof in a separate envelope for each on April 18, 2008, U.S. Postal Service on the same day.

XXX BY PERSONAL SERVICE: I placed the original in a sealed envelope addressed as indicated above and had delivered such envelope by hand to the addressee on April 18, 2008.

_____ BY PERSONAL SERVICE VIA FACSIMILE: I caused such document to be transmitted via facsimile to the addressee as indicated above on April 18, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed April 18, 2008 at San Diego, California.

Lisa D. Haigler