```
 1                  UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF CALIFORNIA

 3

 4  UNITED STATES OF AMERICA,    )  Case no. 07MJ2282-JMA
                                 )
 5           Plaintiff,          )  San Diego, California
                                 )
 6  vs.                          )  Friday,
                                 )  September 21, 2007
 7  JORGE DANIEL RAMIREZ-ARMAS   )  2:28 p.m.
    and VERONICA QUINTERO-       )
 8  NAVARRO,                     )
                                 )
 9           Defendants.         )
    _____)
10
                     TRANSCRIPT OF PROCEEDINGS
11            BEFORE THE HONORABLE JAN M. ADLER
                 UNITED STATES MAGISTRATE JUDGE
12
    APPEARANCES:
13

14  For the Plaintiff:           CALEB MASON, ESQ.
                                 Assistant United States
15                                 Attorney
                                 880 Front Street
16                               San Diego, California 92101

17
    For the Defendants:          FEDERAL DEFENDERS OF SAN DIEGO
18                               BY: ROBERT HENSSLER, ESQ.
                                 225 Broadway, Suite 900
19                               San Diego, California 92101

20

21  Transcript Ordered By:       MICHAEL CROWLEY, ESQ.

22

23

24

    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

*Echo Reporting, Inc.*

ii

1  Transcriber:            Sherri Lattuca
                           Echo Reporting, Inc.
2                          6336 Greenwich Drive, Suite B
                           San Diego, California 92122
3                          (858) 453-7590

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Echo Reporting, Inc.*

1

1  SAN DIEGO, CALIFORNIA  FRIDAY, SEPTEMBER 21, 2007 2:28 P.M.
2                              --oOo--
3      (Call to order of the Court.)
4           THE CLERK:  Calling matter number 12 from the log,
5  07MJ2282, United States of America versus Jorge Daniel
6  Ramirez-Armas and Veronica Quintero-Navarro.
7           THE COURT:  Good afternoon.  Each of you is here
8  because a complaint has been filed against you charging you
9  with committing an offense against the laws of the United
10 States.  I'll speak with each of you in a minute to advise
11 you of the charges with which -- that the Government is
12 bringing against you, but first I want to advise you of some
13 preliminary matters.
14           First, you're not required to make any statement
15 here today and I want to caution you that any statement you
16 make may be used against you later.  Second, you have a
17 right to be represented by an attorney through all
18 proceedings in your case and if you cannot afford to hire an
19 attorney, I will appoint one to represent you at no cost to
20 you.  Third, you have a right to a preliminary hearing.
21 That's a hearing at which the Government must establish that
22 there is probable cause to believe that you committed the
23 crime with which you are charged.
24           If the Prosecutor obtains an indictment prior to
25 the date set for the preliminary hearing, there will be no

2

1  preliminary hearing.  Instead, on the date set for the
2  preliminary hearing, you will be arraigned on the indictment
3  and your case will be set before a district judge for
4  further proceedings.
5           Your preliminary hearing also may not go forward
6  if your attorney asks for more time to try to negotiate a
7  settlement or deal with the Government on your behalf, or if
8  your attorney negotiates a settlement or deal with the
9  Government and as part of that settlement or deal you agree
10 to waive indictment.
11          You have a right to reasonable conditions of
12 release unless the Government moves for detention without
13 bail.  This afternoon, if the Government does not request
14 that you be detained, I will hear recommendations from the
15 Prosecutor and from Mr. Henssler, who is acting as your
16 defense attorney today, as to what your conditions of
17 release should be and I'll then set conditions of release
18 for you.
19          If the Government requests that you be detained
20 without bail, I'll set a detention hearing at which you will
21 be represented by your attorney.  If bail is set, you'll be
22 required to follow some standard conditions while on bail.
23 Those conditions are as follows.  You must make all of your
24 court appearances without fail.  You must not violate any
25 federal, state or local law.  You must report for

3

1  supervision to Pretrial Services.  You cannot possess or use
2  any narcotic drugs or controlled substances without a lawful
3  medical prescription.  You cannot possess any firearms,
4  dangerous weapons or explosive devices.  You must read and
5  understand the Advice of Penalties and Sanctions form and
6  you must provide the Court with a current residence address
7  and phone number before any release from custody.  Other
8  special conditions may also be added depending upon your
9  particular circumstances.
10         Mr. Ramirez-Armas and Ms. Quintero-Navarro, you
11 are both charged with the importation of a controlled
12 substance.  Namely, approximately 7.20 kilograms of
13 methamphetamine.
14         Mr. Ramirez-Armas, do you understand that's the
15 charge against you?
16         DEFENDANT RAMIREZ-ARMAS:  Yes, sir.
17         THE COURT:  Ms. Quintero-Navarro, do you
18 understand that that's the charge against you?
19         DEFENDANT QUINTERO-NAVARRO:  (Through interpreter)
20 Yes.
21         THE COURT:  Sir, if you have a question, you
22 should speak to the defense attorney in private.
23 Mr. Henssler, I'll give you an opportunity to do that if --
24 okay --
25         MR.HENSSLER:  You have a question?

```
                                                              4
 1            DEFENDANT RAMIREZ-ARMAS:  Well --
 2            MR. HENSSLER:  Wait a minute.  Thanks, your Honor.
 3            THE COURT:  Does counsel waive reading of the
 4  complaint?
 5            MR. HENSSLER:  Yes, your Honor.
 6            THE COURT:  Court has received a financial
 7  affidavit on behalf of each Defendant.  I find that each of
 8  them is entitled to the appointment of counsel.  I'm
 9  appointing Michael L. Crowley to represent Mr. Ramirez.  And
10  I'm appointing -- I'm sorry, Mr. Crowley's phone number is
11  619-444-8808.  I'm appointing attorney Howard B. Frank to
12  represent Ms. Quintero.  His phone number is 619-574-1888.
13            A preliminary hearing in this case will take place
14  on October 3rd at 2:00 p.m.  May I have recommendations as
15  to bail, please?
16            MR. MASON:  Your Honor, the Government moves to
17  detain both Defendants based on risk of flight.
18            THE COURT:  Mr. Ramirez and Ms. Quintero, as
19  you've just heard the Government's attorney say, the
20  Government is moving for detention without bail in this
21  matter.  There will be a hearing at which you will be
22  represented by your counsel.  I'm going to schedule that for
23  September 25th at 2:00 p.m.  At that hearing, the Government
24  will have to establish either -- I'm sorry, that you pose a
25  risk of flight such that there is no condition or
```

5

1 combination of conditions I could set that would reasonably
2 assure your appearance in court.  You will remain in custody
3 pending that hearing.
4     Thank you.
5   (Proceedings concluded.)
6
7     I certify that the foregoing is a correct
8 transcript to the best of my ability from the electronic
9 sound recording of the proceedings in the above-entitled
10 matter.
11
12 s/Sherri Lattuca              5/30/08
   Transcriber                   Date
13
   FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:
14
   s/L.L. Francisco
15 L.L. Francisco, President
   Echo Reporting, Inc.
16
17
18
19
20
21
22
23
24
25