1                  UNITED STATES DISTRICT COURT

2                SOUTHERN DISTRICT OF CALIFORNIA

3

4  UNITED STATES OF AMERICA,    )  Case No. 07MJ2282-JMA
                                )
5           Plaintiff,          )  San Diego, California
                                )
6  vs.                          )  Tuesday,
                                )  September 25, 2007
7  JORGE DANIEL RAMIREZ-ARMAS   )  2:25 p.m.
   and VERONICA QUINTERO-       )
8  NAVARRO,                     )
                                )
9           Defendants.         )
   _____)

10
                      TRANSCRIPT OF PROCEEDINGS
11             BEFORE THE HONORABLE JAN M. ADLER
                  UNITED STATES MAGISTRATE JUDGE
12
   APPEARANCES:
13
   For the Plaintiff:          CALEB MASON, ESQ.
14                             Assistant United States
                                Attorney
15                             880 Front Street
                               San Diego, California 92101
16

17 For the Defendant           MICHAEL L. CROWLEY, ESQ.
   Ramirez-Armas:              550 West "C" Street
18                               Suite 1960
                               San Diego, California 92101
19                             (619) 444-8808

20 For the Defendant           HOWARD B. FRANK, ESQ.
   Quintero-Navarro:           Frank & Milchen
21                             136 Redwood Street
                               San Diego, California 92103
22                             (619) 574-1888

23 Transcript Ordered By:      MICHAEL CROWLEY, ESQ.

24

25 Proceedings recorded by electronic sound recording;
   transcript produced by transcription service.

ii

1  Transcriber:                    Sherri Lattuca
                                   Echo Reporting, Inc.
2                                  6336 Greenwich Drive, Suite B
                                   San Diego, California 92122
3                                  (858) 453-7590

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

1  <u>SAN DIEGO, CALIFORNIA  TUESDAY, SEPTEMBER 25, 2007 2:25 P.M.</u>

2                        --oOo--

3       (Call to order of the Court.)

4            THE CLERK:  Calling matter number nine on the

5  calendar, 07MJ2282, United States of America versus Jorge

6  Daniel Ramirez-Armas and Veronica Quintero-Navarro, both on

7  calendar for detention hearing.

8            MR. FRANK:  Your Honor, good afternoon.  Howard

9  Frank, appearing on behalf of Veronica Quintero-Navarro who

10 is in custody and will be entering your Honor's courtroom

11 shortly.

12           THE COURT:  Good afternoon.

13           MR. CROWLEY:  Michael Crowley on behalf of

14 Mr. Ramirez who is present before the Court in custody.

15           THE COURT:  Good afternoon.

16      (Pause.)

17           MR. FRANK:  Your Honor, for the record,

18 Ms. Quintero is now present before the Court.

19           THE COURT:  Thank you.

20           MR. FRANK:  Your Honor, today is the date and now

21 is the time set for a detention hearing for Ms. Quintero.

22 We are not ready to proceed.  I note that she is scheduled

23 for a preliminary examination on Wednesday, October 3rd, at

24 2:00 p.m.  This would be our request, that the detention

25 hearing be put over to that same date and time so that both

2

1 matters can be on your Honor's calendar together.

2          THE COURT:  Any opposition?

3          MR. MASON:  No, your Honor.

4          THE COURT:  All right.

5          MR. CROWLEY:  We would make the same request, your

6 Honor.

7          THE COURT:  All right, thank you.

8          MR. MASON:  No opposition, your Honor.

9          THE COURT:  Thank you.  All right, I'm going to

10 continue the detention hearings as to each Defendant until

11 the date of their preliminary hearings which is October 3rd

12 at 2:00 p.m.

13          Thank you.

14          MR. FRANK:  Your Honor, thank you.

15

16

17     (Proceedings concluded.)

18

19

20

21

22

23

24

25

3

1          I certify that the foregoing is a correct

2 transcript to the best of my ability from the electronic

3 sound recording of the proceedings in the above-entitled

4 matter.

5

6 s/Sherri Lattuca               5/30/08
  Transcriber                    Date
7
  FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:
8
  s/L.L. Francisco
9 L.L. Francisco, President
  Echo Reporting, Inc.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25