UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT



United States of America

v.

Jorge Daniel Ramirez-Armas

USCA No.   08-50156

USDC No.   07cr2898 LAB

**Date Transcripts Filed:**   9/21/07, 9/25/07, 10/3/07, 10/18/07, 12/17/07, 3/24/08

## CERTIFICATE OF RECORD

This certificate is submitted in conformance with Circuit Rule 11-3 of the Rules of the U.S. Court of Appeals for the Ninth Circuit. The record on appeal, consisting of the trial transcript (if any) and the Trial Court Clerk's record, is ready for the purposes of the appeal. This record is available in the office of the U.S. District Clerk identified below.

The documents comprising the Trial Court Clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure. These document numbers are reflected on the U.S. District Court docket sheet and should be used for reference purposes in the briefs.

The actual filing date for this document in the U.S. Court of Appeals will initiate the briefing schedule in civil cases (including habeas corpus cases). All parties in civil cases will receive separate notification of this filing date. In criminal cases, the briefing schedule is set by a Time Schedule Order from the U.S. Court of Appeals.

Date:   June 13, 2008        W. Samuel Hamrick, Jr., Clerk of Court
                             U.S. District Court for the Southern District of California

                     By:     **L. Hammer**
                             _____

                             Lauren Hammer, Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

United States of America

v.

Jorge Daniel Ramirez-Armas

USCA No.   08-50156

USDC No.   07cr2898 LAB

**Date Transcripts Filed:**   9/21/07, 9/25/07, 10/3/07, 10/18/07, 12/17/07, 3/24/08

## CERTIFICATE OF RECORD

This certificate is submitted in conformance with Circuit Rule 11-3 of the Rules of the U.S. Court of Appeals for the Ninth Circuit. The record on appeal, consisting of the trial transcript (if any) and the Trial Court Clerk's record, is ready for the purposes of the appeal. This record is available in the office of the U.S. District Clerk identified below.

The documents comprising the Trial Court Clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure. These document numbers are reflected on the U.S. District Court docket sheet and should be used for reference purposes in the briefs.

The actual filing date for this document in the U.S. Court of Appeals will initiate the briefing schedule in civil cases (including habeas corpus cases). All parties in civil cases will receive separate notification of this filing date. In criminal cases, the briefing schedule is set by a Time Schedule Order from the U.S. Court of Appeals.

Date:   June 13, 2008        W. Samuel Hamrick, Jr., Clerk of Court
                             U.S. District Court for the Southern District of California

                        By:        **L. Hammer**
                             Lauren Hammer, Deputy Clerk