# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

**FILED**
JUN 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

W. Samuel Hamrick, Jr.
Clerk of Court

**RECEIVED**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

JUN 27 2008

To:  Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

FILED _____
DOCKETED 6-27-8
DATE    INITIAL

Re:  USCA No:  08-50156
USDC No:  07cr2898 LAB
USA v. Ramirez-Armas

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | | |
|---|---|---|---|---|
| | Copy of the Notice of Appeal | | | Docket Entries |
| | Case Information/Docket Fee Payment Notification Form | | | |
| | Order for Time Schedule (Criminal) | | | |
| | Original Clerk's Record in | | set(s) of | volume(s). |
| | Reporter's transcript's transcripts in | | set(s) of | volume(s). |
| | Clerk's supplemental record in | | set(s) of | volume(s). |
| | Exhibits in | envelope(s) | box(es), | folders(s) |
| | Judgement Order | OR | | F/P Order |
| | CJA Form 20 | OR | | Minute Order |
| ✖ | Certificate of Record | OR | | Mandate Return |
| | Amended docket fee notification form | | | |
| | Order Appointing Counsel for Appeal | | | |
| | | | | |
| ✖ | Please acknowledge on the enclosed copy of this transmittal | | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date:   06/13/08                By: **L. Hammer**
Lauren Hammer, Deputy